```
1  McGREGOR W. SCOTT
   United States Attorney
2  BENJAMIN B. WAGNER
   COURTNEY J. LINN
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916)554-2755
5
6
7
8
                IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11
    UNITED STATES OF AMERICA,    )    2:07-CR-386-WBS
12                               )
              Plaintiff,         )    NOTICE OF RELATED CASES
13                               )
         v.                      )
14                               )
    IFTIKHAR AHMAD,              )
15  JOSE SERRANO, and            )
    MANPREET SINGH,              )
16                               )
              Defendants.        )
17  _____ )
                                 )
18  UNITED STATES OF AMERICA,    )    2:07-CR-545 WBS
                                 )
19            Plaintiff,         )
                                 )
20       v.                      )
                                 )
21  JOHN NGO,                    )
                                 )
22            Defendant.         )
    _____ )
23                               )
    UNITED STATES OF AMERICA,    )    2:08-CR-0269 EJG
24                               )
              Plaintiff,         )
25                               )
         v.                      )
26                               )
    JOEL BLANFORD,               )
27                               )
              Defendant.         )
28  _____ )
```

1

1    Plaintiff United States of America, by and through the
2 undersigned attorney, and pursuant to the provisions of Local
3 Rule 83-123, hereby gives notice that <u>United States v. Joel
4 Blanford</u>, 2:08-CR-0269 EJG is related to the other two matters
5 captioned above, which matters are presently pending before the
6 Honorable William B. Shubb.  All three matters are related within
7 the meaning of Local Rule 83-123 because they arise from the same
8 on-going law enforcement investigation and thus involve
9 overlapping transactions and events.

10   This notice is being submitted for informational purposes
11 only.  The Court is advised that in the <u>Blanford</u> matter an
12 initial status conference is presently set before the Honorable
13 Edward J. Garcia on July 11, 2008, at 10:00 a.m., and that Speedy
14 Trial Act time has been excluded through that date under Local
15 Code T2 and T4.  If the Court decides to relate the matters, the
16 government recommends that the Court vacate the status conference
17 date before the Honorable Edward J. Garcia and set an initial
18 status conference date before the Honorable William B. Shubb on
19 or before July 11, 2008.

DATED: <u>6/12/07</u>                    McGREGOR W. SCOTT
                                    United States Attorney


                                    <u>/s/ Courtney J. Linn</u>
                                    COURTNEY J. LINN
                                    Assistant U.S. Attorney