1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT

9                      EASTERN DISTRICT OF CALIFORNIA

10                          ----oo0oo----

11   UNITED STATES OF AMERICA,

12            Plaintiff,            CR. NO. 07-386 WBS KJM

13   vs.

14   IFTIKHAR AHMAD, JOSE SERRANO,
     and MANPREET SINGH,            RELATED CASE ORDER

15
              Defendants.

16   _____/

17
     UNITED STATES OF AMERICA,

18
              Plaintiff,            CR. NO. 07-545 WBS DAD

19
     vs.

20
     JOHN NGO,

21
              Defendant.

22   _____/

23
     UNITED STATES OF AMERICA,

24
              Plaintiff,            CR. NO. 08-269 EJG KJM

25
     vs.

26
     JOEL BLANFORD,

27
              Defendant.

28   _____/

1  UNITED STATES OF AMERICA,

2          Plaintiff,                    CR. NO. 08-275 LKK

3  vs.

4  WILLIAM T. BRIDGE,

5          Defendant.
   _____/

6

7

8          Examination of the above-entitled actions reveals that

9  these actions are related within the meaning of Local Rule 83-

10 123(a) because they arise from the same investigation and

11 involve overlapping transactions and events.  E. Dist. of Cal.

12 Local R. 83-123(a).  Accordingly, the assignment of the matters

13 to the same judge is likely to effect a substantial saving of

14 judicial effort and is also likely to be convenient for the

15 parties.

16         The parties should be aware that relating the cases

17 under Local Rule 83-123 merely has the result that both actions

18 are assigned to the same judge; no consolidation of the actions

19 is effected.  Under the regular practice of this court, related

20 cases are generally assigned to the judge and magistrate to whom

21 the first filed action was assigned.

22         IT IS THEREFORE ORDERED that the actions denominated

23 United States v. Ahmad et al., Cr. No. 07-386 WBS KJM, United

24 States v. Ngo, Cr. No. 07-545 WBS DAD, United States v.

25 Blanford, Cr. No. 08-269 EJG KJM, and United States v. Bridge,

26 Cr. No. 08-275 LKK be, and the same hereby are, deemed related

27 and the case denominated United States v. Ngo, Cr. No. 07-545

28 WBS DAD, shall remain with the Honorable WILLIAM B. SHUBB and be

1  reassigned to Magistrate Judge Kimberly J. Mueller; the case

2  denominated <u>United States v. Blanford</u>, Cr. No. 08-269 EJG KJM

3  shall be reassigned to the Honorable WILLIAM B. SHUBB and remain

4  with Magistrate Judge Kimberly J. Mueller; and the case

5  denominated <u>United States v. Bridge</u>, Cr. No. 08-275 LKK shall be

6  reassigned to the Honorable WILLIAM B. SHUBB and be assigned to

7  Magistrate Judge Kimberly J. Mueller for all further

8  proceedings.  Any dates currently set in the reassigned cases

9  <u>only</u> are hereby VACATED.  Henceforth, the caption on documents

10  filed in the reassigned case shall be shown as <u>United States v.</u>

11  <u>Ahmad et al.</u>, Cr. No. 07-386 WBS KJM.

12          IT IS FURTHER ORDERED that the Clerk of the Court

13  make appropriated adjustment in the assignment of criminal cases

14  to compensate for this reassignment.

15  DATED:  June 13, 2008

16

17  _____

    WILLIAM B. SHUBB

18  UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28