McGREGOR W. SCOTT
United States Attorney
BENJAMIN B. WAGNER
COURTNEY J. LINN
Assistant U.S. Attorneys
501 I Street, Ste 10-100
Sacramento, CA 95814
Telephone (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,            ) CR. NO. 2:08-0269 WBS
                                     )
              Plaintiff,             ) STIPULATION AND ORDER SETTING
                                     ) INITIAL STATUS CONFERENCE
        v.                           )
                                     )
JOEL BLANFORD,                       )
                                     )
              Defendant.             )
_____)

        The United States of America and defendant JOEL BLANFORD, by
and through their respective counsel, stipulate as follows:

        1.  The Indictment in this matter was returned on or about
June 12, 2008; the defendant was arraigned that day; the Court
set an initial status conference before Judge Garcia on July 11,
2008; and the Court excluded time under Local Codes T2 and T4
through that date.  The defendant is out of custody.

///

///

1

    2.   On or about June 13, 2008, the Court issued a related
case order relating this matter to Judge Shubb, and vacating the
July 11, 2008 status conference before Judge Garcia.

    3.   The parties now stipulate that this matter be set for an
initial status conference on June 30, 2008, at 8:30 a.m. in
Courtroom No. 5 before the Honorable William B. Shubb.

    IT IS SO STIPULATED.

Dated: 6/23/08                McGREGOR W. SCOTT
                              United States Attorney


                              /s/ Courtney J. Linn
                              COURTNEY J. LINN
                              Assistant U.S. Attorney




Dated: 6/23/08                /s/ Michael Cardoza
                              MICHAEL CARDOZA
                              Counsel for defendant
                              Joel Blanford




                              ORDER

    This matter is hereby set for an initial status conference
on June 30, 2008, at 8:30 a.m. in Courtroom No.  5.

    IT IS SO ORDERED.


Dated:  June 25, 2008


                              WILLIAM B. SHUBB
                              UNITED STATES DISTRICT JUDGE

2