```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  KYLE REARDON
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2700
 5
 6
 7
 8             IN THE UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  UNITED STATES OF AMERICA,    ) 2:08-CR-0269 WBS
                                 )
12             Plaintiff,        )
                                 ) STIPULATION AND [PROPOSED]
13       v.                      ) ORDER CONTINUING TRIAL
                                 )
14  JOEL BLANFORD,               ) Time: 9:00 a.m.
                                 ) Date: Tuesday, July 21, 2009
15             Defendant.        ) Court: Hon. William B. Shubb
                                 )
16  ─────────────────────────────)
```

The parties request that the trial currently set to start on Tuesday, July 21, 2009, at 9:00 a.m., be continued to Tuesday, October 27, 2009, at 9:00 a.m., and stipulate that the time beginning July 21, 2009, and extending through October 27, 2009, should be excluded from the calculation of time under the Speedy Trial Act. 18 U.S.C. § 3161.

The parties request the additional time in order to adequately prepare for trial. Both parties have been involved in trials that have prevented them from preparing for this case. The next available date for both parties that will allow sufficient time for preparation is October 27, 2009.

Accordingly, the parties believe that the continuance should

1

be excluded from the calculation of time under the Speedy Trial Act. The additional time is necessary to ensure effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv); Local Code T4. The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

The parties also request that the current status conference date of Monday, June 29, 2009, at 8:30 a.m. be vacated and that a new status conference date of Monday, October 5, 2009, be set.

Respectfully Submitted,

LAWRENCE G. BROWN
Acting United States Attorney

DATED: May 26, 2009     By:  /s/ Kyle Reardon
                              KYLE REARDON
                              Assistant U.S. Attorney


DATED: May 26, 2009     By:  /s/ Kyle Reardon for
                              MICHAEL CARDOZA
                              Attorney for the Defendant

**ORDER**

The trial in case number 2:08-CR-0269 WBS, currently set to start on July 21, 2009, at 9:00 a.m., is continued to Tuesday, October 27, 2009, at 9:00 a.m., and the time beginning July 21, 2009, and extending through October 27, 2009, is excluded from the calculation of time under the Speedy Trial Act in accordance with 18 U.S.C. § 3161 and Local Code T4.

The Trial Confirmation Hearing is set for Monday, October 5, 2009, at 8:30 a.m.

IT IS SO ORDERED.

DATED: May 28, 2009

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE