MICHAEL E. CARDOZA (SBN 52267)
HOLLY MACKINNON (SBN 209408)
JYOTI K. REKHI (SBN 234778)
The Cardoza Law Offices
1220 Oakland Blvd., Suite 200
Walnut Creek, California 94596
Telephone: (925) 274-2900
Facsimile:  (925) 274-2910

Attorneys for Defendant
Joel Blanford

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:08-CR-0269-WBS-KJM |
| Plaintiff, | [**PROPOSED**] ORDER TO RELEASE PROPERTY FOR SALE |
| vs. | DATE: August 24, 2009 |
| JOEL BLANFORD, | TIME: 9:00 a.m. |
| Defendant. | COURT: Hon. William B. Shubb |

Defendant, by and through undersigned counsel, hereby moves the court for an order authorizing the sale of defendant's property located at 728 & 728 ½ Jamaica Ct, San Diego, CA. 92109.

The aforementioned rental property was purchased in 2004 for $985,000.  The value of this residence has decreased significantly in the last two years.  An appraisal of the property reflected a current value of $960,000.  Mr. Blanford currently owes about $1,035,000 based on current loan plus arrearages.

**2:08-CR-0269-EJG:** **[PROPOSED] ORDER FOR SALE OF PROPERTY**

1

The amount generated by rent has been consumed by the costs of repair and property maintenance. Previously, Mr. Blanford had invested $150,000 in the property for improvements and down payments. Mr. Blanford has not been able to make a mortgage payment since June 30th, 2009. Mr. Blanford has repeatedly tried to negotiate with the lender to work out a lower payment plan but nothing has come of it. In his current situation, the financial obligations due to this property have become too large a financial strain that Mr. Blanford is unable to meet.

The Government has been advised of the situation. In addition, Mr. Blanford's pre-trial officer, Mr. Paul Mamaril has also been advised of this situation and has no objection.

Mr. Blanford would like to contact a real estate agent and try to sell the property through a short sale.

Respectfully submitted,

Dated: August 24, 2009         /s/ Michael E. Cardoza
                               MICHAEL E. CARDOZA
                               Attorney for Defendant
                               JOEL BLANFORD

**IT IS SO ORDERED.**

Dated: August 25, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**2:08-CR-0269-EJG:** **[PROPOSED] ORDER FOR SALE OF PROPERTY**