MICHAEL E. CARDOZA (SBN 52267)
HOLLY MACKINNON (SBN 209408)
JYOTI K. REKHI (SBN 234778)
The Cardoza Law Offices
1220 Oakland Blvd., Suite 200
Walnut Creek, California 94596
Telephone: (925) 274-2900
Facsimile:  (925) 274-2910

Attorneys for Defendant
Joel Blanford

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:08-CR-0269-WBS |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE TRIAL** |
| vs. | DATE:  October 5, 2009 |
| JOEL BLANFORD, | TIME:   8:30 a.m. |
| Defendant. | COURT: Hon. William B. Shubb |

The defense requests, and the government consents, that the trial currently set to start on Tuesday, October 27, 2009 at 9:00 a.m., be continued to Tuesday, December 1, 2009, at 9:00 a.m.  The parties stipulate that the time beginning October 27, 2009, and extending through December 1, 2009 should be excluded from the calculation of time under the Speedy Trial Act.  18 U.S. C. §3161.

Defense requests the additional time in order to adequately prepare for trial and due to scheduling conflicts.  Mr. Cardoza has been ordered to begin preliminary hearing in

Contra Costa County on November 2, 2009 in the *People v. Michael Gressett* matter.  In the *Gressett* matter, due to its serious and complex nature, it is anticipated that the preliminary hearing will last for two weeks.  Due to the numerous parties involved and counsel availability concerns, the hearing judge ordered the parties to begin preliminary hearing on November 2, 2009.  It is unlikely that the trial in the current matter will finish in time for Mr. Cardoza to resume with the preliminary hearing in the *People v. Gressett* matter.  In addition, Mr. Cardoza will be starting a murder trial on November 16, 2009 in Contra Costa County in the *People v. Kenneth York* matter.  It is expected that this trial will last for two weeks.  The next available date for both parties that will allow the defense sufficient time for preparation is December 1, 2009.  The prosecution does not object to this request.

Accordingly, the parties believe that the continuance should be excluded from the calculation of time under the Speedy Trial Act.  The additional time is necessary to ensure effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(i); Local Code T4.  The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. §3161 (h)(8)(A).

The defense also requests that the current status conference date of Monday, October 5, 2009 at 8:30 a.m. be vacated and that a new status conference date of Monday, November 9, 2009 at 8:30, be set.

Dated: September 2, 2009        /s/ Michael E. Cardoza
                                                   MICHAEL E. CARDOZA
                                                   Attorney for Defendant
                                                   JOEL BLANFORD

                                                 /s/ Michael E. Cardoza for
                                                 LAUREL RIMON
                                                 Assistant United States Attorney

**ORDER**

The jury trial in case number 2:08-CR-0269 WBS, currently set to start on Tuesday, October 27, 2009 at 9:00 a.m., is continued to Tuesday, December 1, 2009 at 9:00 a.m., and the time beginning October 27, 2009, and extending through December 1, 2009, is excluded from the calculation of time under the Speedy Trial Act in accordance with 18 U.S.C. § 3161 and Local Code T4.

The Trial Confirmation Hearing is continued to Monday, November 9, 2009, at 8:30 a.m.

Dated:  September 2, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE