MICHAEL E. CARDOZA (SBN 52267)
HOLLY MACKINNON (SBN 209408)
JYOTI K. REKHI (SBN 234778)
The Cardoza Law Offices
1220 Oakland Blvd., Suite 200
Walnut Creek, California 94596
Telephone: (925) 274-2900
Facsimile:  (925) 274-2910

Attorneys for Defendant
Joel Blanford

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | Case No.: 2:08-CR-0269-WBS-EJG |
|                                ) | |
|           Plaintiff,           ) | **STIPULATION AND [PROPOSED]** |
|                                ) | **ORDER TO EXCLUDE TIME** |
|      vs.                       ) | |
|                                ) | DATE: February 16, 2010 |
| JOEL BLANFORD,                 ) | TIME:   8:30 a.m. |
|                                ) | COURT: Hon. William B. Shubb |
|           Defendant.           ) | |
|                                ) | |
|                                ) | |

On February 8, 2010, defense requested and this Court approved that the trial currently set to start on February 17, 2010 at 9:00 a.m., be continued to Tuesday, June 15, 2010 at 9:00 a.m.

Defense and the government stipulate that the time beginning February 17, 2010, and extending through June 15, 2010 should be excluded from the calculation of time under the Speedy Trial Act.  18 U.S. C. §3161.

**2:08-CR-0269 WBS: [PROPOSED] ORDER TO EXCLUDE TIME**

1

Defense requested the additional time as Mr. Cardoza is currently in trial and unavailable. Mr. Cardoza is currently in the middle of a felony trial in the *People v. Dahood Bey, et al.* matter in Alameda County Superior Court, Department 13, before the Honorable J. Horner. This trial began on December 21, 2009. It is anticipated this trial will last for another two weeks, making it impossible for Mr. Cardoza to begin the *USA v. Blanford* matter on the currently scheduled trial date of February 16, 2010.

In addition, as of December 31, 2009, the prosecution has provided over three thousand (3000) pages of discovery. Mr. Cardoza has not had any opportunity to review the additional materials provided by the prosecution as he has been engaged in trial in the *Bey* matter. Mr. Cardoza requires additional time to review the new discovery in order to ensure effective preparation for trial.

Accordingly, the parties believe that the continuance that has been granted should be excluded from the calculation of time under the Speedy Trial Act. The additional time is necessary to ensure effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(i); Local Code T4. The interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(8)(A).

A status conference date has been set for May 24, 2010 at 8:30 a.m.

Dated: February 16, 2010              /s/ Michael E. Cardoza
                                       MICHAEL E. CARDOZA
                                       Attorney for Defendant
                                       JOEL BLANFORD

                                       /s/ Michael E. Cardoza for
                                       LAUREL RIMON
                                       Assistant United States Attorney

**2:08-CR-0269 WBS: [PROPOSED] ORDER TO EXCLUDE TIME**

**ORDER**

The trial in case number 2:08-CR-0269 WBS, is currently set to start on Tuesday, June 15, 2010 at 9:00 a.m., and the time beginning February 17, 2010, and extending through June 15, 2010, is excluded from the calculation of time under the Speedy Trial Act in accordance with 18 U.S.C. § 3161 and Local Code T4.

The Trial Confirmation Hearing is set for Monday, May 24, 2010, at 8:30 a.m.

**Dated:  February 19, 2010**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**2:08-CR-0269 WBS: [PROPOSED] ORDER TO EXCLUDE TIME**