BENJAMIN B. WAGNER
United States Attorney
LAUREL LOOMIS RIMON
PAUL HEMESATH
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2754

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | CASE NO. CR.S-08-269 WBS |
| v. | ) | |
| | ) | UNITED STATES' MOTION TO DISMISS |
| JOEL BLANFORD | ) | MONEY LAUNDERING CONSPIRACY |
| | ) | COUNT; [~~PROPOSED~~] ORDER |
| Defendant. | ) | |
| | ) | |

## MOTION

Plaintiff, the United States of America, by and through its undersigned attorneys, hereby moves pursuant to Federal Rule of Criminal Procedure 48(a), to dismiss count seven of the indictment filed on June 12, 2008, charging defendant Joel Blanford with participating in a money laundering conspiracy. Based on an intervening change in the law, the government believes, as a discretionary matter, that continued prosecution of defendant Joel Blanford on that specific charge is no longer warranted.

///

///

///

///

///

1

1    This motion does have any effect on counts one through six of the indictment, charging
2    defendant Joel Blanford with mail fraud.

                                      Respectfully Submitted,

                                      BENJAMIN B. WAGNER
                                      United States Attorney

Date: June 4, 2010                    /s/ Laurel Loomis Rimon

                                      By: LAUREL LOOMIS RIMON
                                      Assistant United States Attorney

## **ORDER**

Based upon the motion of the United States, it is hereby ordered that, pursuant to Federal Rule of Criminal Procedure 48(a), count seven of the indictment against Joel Blanford filed on June 12, 2008 is dismissed.  This order shall have no effect on the remaining charges alleged against defendant Joel Blanford in said indictment.

                IT IS SO ORDERED.

Dated:   June 7, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE