```
BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2932
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. 2:08-cr-00269-WBS |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO SET STATUS |
| v. | ) | CONFERENCE AND TO EXCLUDE TIME |
| | ) | and [~~PROPOSED~~] ORDER |
| JOEL BLANFORD, | ) | |
| | ) | |
| Defendant. | ) | Court: Hon. William B. Shubb |
| | ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Paul Hemesath, counsel for Plaintiff, and Michael Cardoza and Jyoti Rekhi, counsel for defendant Joel Blanford, that the court set a status conference in the above-captioned case for April 2, 2012, at 9:30 a.m.

IT IS FURTHER STIPULATED that time be excluded between March 6, 2012, through April 2, 2012, pursuant to 18 U.S.C. Section 3161(h)(7)(B)(iv), Local Code T-4.  This request is made jointly by the government and defense in order to permit time for continued preparation, including investigation.  The parties agree that the interests of justice served by granting this continuance outweigh the

best interests of the public and the defendant in a speedy trial.

Dated: March 9, 2012                /s/ Paul Hemesath
                                    Paul Hemesath
                                    Assistant United States Attorney
                                    Counsel for Plaintiff

Dated: March 9, 2012                /s/ Jyoti Rekhi
                                    Jyoti Rekhi
                                    Counsel for Defendant
                                    JOEL BLANFORD

## O R D E R

Finding that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial, **IT IS SO ORDERED.** A Status Conference shall be set for April 2, 2012, at 9:30 a.m.

Dated:  March 12, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE