BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2932

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:08-cr-00269-WBS |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION TO EXCLUDE TIME and |
| v. ) | [~~PROPOSED~~] ORDER |
| ) | |
| JOEL BLANFORD, ) | |
| ) | Court: Hon. William B. Shubb |
| Defendant. ) | |
| ) | |

**IT IS HEREBY STIPULATED** that time be excluded between April 2, 2012, through May 1, 2012, pursuant to 18 U.S.C. Section 3161(h)(7)(B)(iv), Local Code T-4.  This request is made jointly by the government and defense in order to permit time for continued preparation, including investigation.  The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: April 6, 2012                    /s/ Paul Hemesath
                                        Paul Hemesath
                                        Assistant United States Attorney
                                        Counsel for Plaintiff

1

Dated: April 9, 2012                    /s/ Jyoti Rekhi
                                        Jyoti Rekhi
                                        Counsel for Defendant
                                        JOEL BLANFORD

**O R D E R**

Finding that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial, **IT IS SO ORDERED.**

Dated:  April 9, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE