```
BENJAMIN B. WAGNER
United States Attorney
PAUL A. HEMESATH
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2932
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>JOEL BLANFORD,<br><br>  Defendant. | CASE NO. 2:08-cr-00269-WBS<br><br>STIPULATION TO EXCLUDE TIME and <s>[PROPOSED]</s> ORDER<br><br>Court: Hon. William B. Shubb |

**IT IS HEREBY STIPULATED** that time be excluded between May 14, 2012, through June 4, 2012, pursuant to 18 U.S.C. Section 3161(h)(7)(B)(iv), Local Code T-4.  This request is made jointly by the government and defense in order to permit time for continued preparation, including investigation.  The parties agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.

Dated: May 18, 2012                /s/ Paul Hemesath
                                   Paul Hemesath
                                   Assistant United States Attorney
                                   Counsel for Plaintiff

1

Dated: May 18, 2012                     /s/ Michael Cardoza
                                        Michael Cardoza
                                        Counsel for Defendant
                                        JOEL BLANFORD

**O R D E R**

Finding that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial, **IT IS SO ORDERED.**

Dated: May 22, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE