MICHAEL CARDOZA, CA SBN 52264
HOLLY MACKINNON, CA SBN 209408
JYOTI REKHI, CA SBN 234778
CARDOZA LAW OFFICES
1220 Oakland Blvd., Suite 200
Walnut Creek, California 94596
Telephone: (925) 274-2900
Facsimile:   (925) 274-2910

Attorneys for Defendant
Joel Blanford

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

--oo0oo--

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:08-CR-0269-WBS-EJG |
| Plaintiff, | **ORDER TO EXONERATE BOND** |
| vs. | |
| JOEL BLANFORD, | |
| Defendant. | |

On June 12, 2008, Joel Blanford posted an unsecured appearance bond in the amount of $300,000.  On February 28, 2013, Mr. Blanford was sentenced to 36 months in prison.  On April 10, 2013, Mr. Blanford surrendered to the United States Marshal.   Defendant hereby requests that the property bond be exonerated

DATED:  April 16, 2013                                       Respectfully Submitted,


                                                                                   /s/
                                                                       MICHAEL CARDOZA
                                                                       Attorney for Joel Blanford

1

ORDER

**FOR THE REASONS SET FORTH ABOVE, IT IS HEREBY ORDERED** that the property bond in United States v. Joel Blanford, be exonerated.

**IT IS SO ORDERED.**

DATED:  April 17, 2013

　　　　　　　　　　　　　　　　　　 /s/ William B. Shubb
　　　　　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE