IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>JOEL BLANFORD,<br><br>                Defendant. | CASE NO. 2:08-CR-00269-WBS<br><br>AMENDED RESTITUTION ORDER |

    The Judgment and Commitment in this action, ECF No. 137, mistakenly identifies J.P. Morgan Chase and Company ("CHASE") as the restitution payee. The true victim in this case is Long Beach Mortgage, which is a subsidiary of Washington Mutual F.A. ("WAMU"). In September 2008, WAMU was closed by the Office of Thrift Supervision and the Federal Deposit Insurance Corporation (FDIC) was appointed as WAMU's Receiver. While the FDIC transferred substantially all of Washington Mutual's assets and liabilities to CHASE pursuant to a Purchase and Assumption Agreement, restitution payments were excluded from the Agreement. Accordingly, CHASE is not entitled to any restitution and any restitution payments shall be made to Long Beach Mortgage.

    IT IS HEREBY ORDERED that the financial department of the U.S. District Court shall update the records of the Clerk to reflect Long Beach Mortgage as the payee in this action.

    Dated: February 23, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE